**SIGNED THIS 28th day of September, 2026**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

Fill in this information to identify the case:

Debtor 1 Myaja Chanelle Watson
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the Western District of Virginia

Case number 26-61213
(if known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

☐ **Granted**. However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

☐ **Denied**. The debtor must pay the filing fee according to the following terms:

| | You must pay… | On or before this date…. |
|---|---|---|
| | ______________ | Month / day / year |
| | ______________ | Month / day / year |
| | ______________ | Month / day / year |
| | ______________ | Month / day / year |
| Total | ______________ | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

Cases filed electronically are to be paid by debit or credit card. Cases filed pro se must be paid by cash (in person in Roanoke only), cashier's check, certified bank check or money order only, payable to Clerk, U.S. Bankruptcy Court.

√ **Scheduled for hearing.**

A hearing to consider the debtor's application will be held on 10/21/2026 at 10:00 AM
Month / day / year

before Judge Connelly by Zoom Video. The link to join the meeting is https://vawb-uscourts-gov.zoomgov.com/j/1603692643. The Meeting ID is: 160 369 2643.
Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

***END OF ORDER***